665 A.2d 1160

**Tom Edward MACURDY, Appellant,**

**v.**

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Aug. 28, 1995.

## *ORDER*

PER CURIAM:

Order of the Commonwealth Court is affirmed.

MONTEMURO, J., is sitting by designation.